UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

EVAN PEREZ

    v.                                                                                                       C.A. No. 15-306 ML

CORRECTIONAL OFFICER GASS, et al.

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Almond (Docket #52). No objection has been filed, and the time for doing so has passed.

The Court has reviewed the Report and Recommendation and the motion papers filed by the parties. Having done so, the Court finds that the recommendation that the Complaint be dismissed as to Defendant A.T. Wall is in accordance with applicable law. Accordingly, the Complaint as to A.T. Wall is hereby DISMISSED.

The Court concurs in the Magistrate Judge's assessment that the Motion to Dismiss as to Defendants Gass and Carchamo should not be granted. Accordingly, the Motion to Dismiss as to Defendants Gass and Carchamo is DENIED.

SO ORDERED:

/s/ Mary M. Lisi
Mary M. Lisi
Senior United States District Judge
May 11, 2017